UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                  CASE NO. 8:18-cr-167-T-17JSS

DOUGLAS EDWIN CASIMIRI,
MARY KATHRYN MARR, and
MICHEL MARC CHATEAU



### MOTION TO SEAL SUPERSEDING INDICTMENT AND RELATED DOCUMENTS

Pursuant to Fed. R. Crim. P. 6(e)(4), and in the interests of law enforcement, the United States of America by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, hereby moves the Court to direct the Clerk to seal the Superseding Indictment, the file copy of the warrant(s), defendant information sheet(s), this motion, the Court's order regarding this motion and any other documents filed in this case that would identify the defendant(s). Disclosure of the existence of these documents could hinder or impede arrest efforts.



The United States further moves that the Court direct the Clerk to seal the Superseding Indictment in this case except when necessary to provide certified copies of the Superseding Indictment to the United States Attorney's Office.

The United States further requests that the Court's Order allow the United States Marshals Service to release certified copies of the arrest warrant(s) to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office, upon verbal request of the United States Attorney's Office to the United States Marshals Service, without further order of the Court.

The United States further requests that the Court's Order allow the United States Marshals Service or other appropriate law enforcement agency to enter the arrest warrant into the National Crime Information Center (NCIC) database or other appropriate law enforcement database, without further order of the Court.

The United States further requests that the Court's Order allow the United States to disclose the existence of the Superseding Indictment in any subsequent search and/or seizure warrants which may be executed in conjunction with the arrest of the defendant(s).

The United States further requests that the Court's Order allow the United States to disclose the existence of the Superseding Indictment and arrest warrant(s) to government personnel, including personnel of a foreign government, as necessary to assist in the apprehension of defendants and their extradition to the United States, without further order of the Court.

The United States request that, for all other purposes, the Superseding Indictment and arrest warrant(s) in this case remain sealed.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Patrick D. Scruggs
Assistant United States Attorney
United States Attorney No. 140
400 W. Washington Street, Suite 3100
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: patrick.scruggs@usdoj.gov