FILED

2018 JUN 21 PM 1:19

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:18-cr-167-T-17JSS

DOUGLAS EDWIN CASIMIRI,
MARY KATHRYN MARR, and
MICHEL MARC CHATEAU



### ORDER

The Motion to Seal Superseding Indictment and Related Documents filed by the United States is hereby GRANTED, and the Clerk of Court is so directed.

The Clerk is further directed to seal the Superseding Indictment in this cause except when necessary to provide certified copies of the Superseding Indictment to the United States Attorney's Office;

It is further ordered that upon verbal request from the United States Attorney's Office, the United States Marshals Service is to release a certified copy of the arrest warrant(s) to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office without further order of the Court. It is further ordered that the United States Marshals Service or other appropriate law enforcement agency may enter the arrest

warrant(s) into the National Crime Information Center (NCIC) database or other appropriate law enforcement database without further order of the Court.

It is further ordered that the United States may disclose the existence of the Superseding Indictment in any search and seizure warrants to be executed in conjunction with the arrest of the defendant(s).

It is further ordered that the United States may disclose the existence of the Superseding Indictment and arrest warrant(s) to government personnel, including personnel of a foreign government, as necessary to assist in the apprehension of the defendant(s) and their extradition to the United States.

FOR ALL OTHER PURPOSES, the Indictment in this case **shall remain sealed**.

DONE AND ORDERED at Tampa, Florida, this 21st day of June, 2018.

AMANDA A. SANSONE
United States Magistrate Judge